1
2
3
4
5
6
7
8            **UNITED STATES DISTRICT COURT**

9      **CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

10

11   WILLIAM DICKSON,                )   NO. CV 15-6092-AS
                                      )
12                Petitioner,         )
                                      )   **JUDGMENT**
13          v.                        )
                                      )
14   CLARK DUCART, Warden,            )
                                      )
15                Respondent.         )
                                      )
16   _____ )

17

18        Pursuant to the "Order Granting Motion to Dismiss,"

19

20        IT IS ADJUDGED that the Petition is denied and dismissed with

21   prejudice.

22

23        DATED: March 16, 2016.

24

25

26                                    _____/S/_____
                                          ALKA SAGAR
27                               UNITED STATES MAGISTRATE JUDGE

28